IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

         Plaintiff,

  v.              Case No. 25-00236-02-CR-W-SRB

PHILLIP J. WARREN-TAYLOR, (02),

         Defendant.

## MOTION FOR DETENTION

  Comes now the United States of America, by and through its undersigned counsel, and hereby moves this Court to order the detention of defendant Phillip J. Warren-Taylor, and states the following in support of the motion:

  1.  This motion is being made at the defendant's first appearance before a judicial officer. An Indictment has been filed charging the defendant with conspiracy to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 (Count One); possession with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) (Count Two); and possession with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) (Count Three).

  2.  The defendant is charged in Count One with an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq.*, the Controlled Substances Import and Export Act, 21 U.S.C. §§ 951 *et seq.*, or chapter 705 of title 46. *See* 18 U.S.C. § 3142(f)(1)(C).

  3.  The defendant is charged in Counts One and Two with an offense for which the maximum sentence is life imprisonment. *See* 18 U.S.C. § 3142(f)(2)(B).

4. Based on these charges and the present motion, this Court "shall hold a hearing to determine whether any condition or combination of conditions . . . will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f).

5. Under the Bail Reform Act, a defendant can be detained before if "the government shows by clear and convincing evidence that no release condition or set of conditions will reasonably assure the safety of the community and by a preponderance of the evidence that no condition or set of conditions . . . will reasonably assure the defendant's appearance can a defendant be detained before trial." *United States v. Kisling*, 334 F.3d 734, 735 (8th Cir. 2003) (quoting *United States v. Orta*, 760 F.2d 887, 891 & n.20 (8th Cir. 1985) (en banc)).

6. Based on Counts One and Two of the Indictment in this case, subject to rebuttal by the defendant, the Court shall presume that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community. *See* 18 U.S.C. § 3142(e)(3).

7. In determining whether pretrial detention is appropriate, the Court shall consider information concerning the nature and circumstance of the offense, the weight of the evidence against the defendant, the defendant's history and characteristics, and the danger to any person of community posed by the defendant's release. 18 U.S.C. § 3142(g).

8. Upon review of records, the defendant has the following convictions:

   a. Aggravated Robbery in the First Degree (F) in the Hennepin County, Minnesota District Court, Case Number 27CR1527607, sentenced to prison 1 year, stayed for 3 years on February 16, 2016.

2

  b.  Possess Schedule 1, 2, 3, or 4 Drugs in the Fifth Degree (F) in Hennepin County, Minnesota District Court, Case Number 27CR18220, sentenced to 13 months imprisonment, 3 years' probation on June 8, 2018.

  9.  The United States submits that there are no conditions which the Court could place on the defendant's release which would reasonably assure the safety of the community by clear and convincing evidence and reasonably assure the defendant's appearance by a preponderance of the evidence.

  WHEREFORE, based on the foregoing, the United States requests that the Court hold a Detention Hearing in accordance with 18 U.S.C. § 3142(f), and following such hearing, order the detention of the defendant.

            Respectfully submitted,

            R. Matthew Price
            United States Attorney

         By /s/Jessica L. Jennings

            Jessica L. Jennings
            Special Assistant United States Attorney
            Violent Crime & Drug Trafficking Unit
            Charles Evans Whittaker Courthouse
            400 East Ninth Street, Suite 5510
            Kansas City, Missouri 64106
            Telephone: (816) 426-3122

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a copy of the foregoing was delivered on September 4, 2025, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing will be hand-delivered to the defendant at his first appearance before a judicial officer.

       /s/Jessica L. Jennings
       Jessica L. Jennings
       Special Assistant United States Attorney